| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0977 1:21CR00026-01 |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00317-GMN-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| ROY "DOC" ROSALES | Montana | Billings |
| | NAME OF SENTENCING JUDGE | |
| [FILED X / 10/15/2025 / CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA / BY: MAM DEPUTY] | U.S. District Court Judge Susan P. Watters | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/31/2024 — TO 07/30/2027 |

**OFFENSE**

21:841(a)(1) and 21:841(b)(1)(C) - Possession With Intent to Distribute Cocaine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Rosales commenced supervision in the District of Nevada and has no intention of returning to the District of Montana.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   Montana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10-14-2025
*Date*

*/s/ Susan P. Watters*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 17, 2025
*Effective Date*

*/s/*
*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Roy Doc Rosales
Case No.: TO BE DETERMINED

**REQUESTING ACCEPTANCE OF JURISDICTION**

October 14, 2025

TO:   United States District Judge

On February 22, 2023, Rosales was sentenced in the District of Montana by the Honorable Susan P. Watters to a term of 24 months imprisonment followed by three (3) years of supervised release for committing the offense of Possession with Intent to Distribute Cocaine. On July 31, 2024, Rosales commenced his supervised release term in the District of Nevada.

Rosales has no intention of returning to the District of Montana. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by their signature on the attached transfer of Jurisdiction form (Prob 22), Judge Susan P. Watters has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

If you have any questions, please contact the undersigned officer at (702) 527-7295.

Respectfully submitted,

*Victoria Willard*
Digitally signed by Victoria Willard
Date: 2025.10.15 07:47:21 -07'00'

Victoria Willard
Probation Officer Assistant

Approved:

*Amberleigh K Barajas*
Digitally signed by Amberleigh Barajas
Date: 2025.10.14 16:33:52 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer